# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ANTHONY JOHNSON, | : No. 129 EM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of October, 2014, the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.